An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAUSTEVEION DELANO JOHNSON,
Appellant,
vs.
RENEE BAKER; THE STATE OF
NEVADA; AND BRIAN WILLIAMS,
Respondents.

No. 65115

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

In his July 26, 2013, petition, appellant claimed that he was improperly denied parole due to consideration of incorrect information regarding his convictions and his housing while in prison. Appellant's claims were not cognizable in a post-conviction petition for a writ of habeas corpus because appellant was lawfully confined pursuant to a valid judgment of conviction and appellant's claims relating to the parole hearing did not challenge the judgment of conviction or the computation of time served. *See* NRS 34.720. As a separate and independent ground to deny relief, appellant's challenge to the denial of parole was without merit

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23910

because parole is an act of grace of the State and there is no cause of action when parole has been denied. *See* NRS 213.10705; *Niergarth v. Warden*, 105 Nev. 26, 28, 768 P.2d 882, 883 (1989). Therefore, the district court did not err in denying this claim. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc: Hon. Susan Johnson, District Judge
Lausteveion Delano Johnson
Attorney General/Las Vegas
Eighth District Court Clerk